UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | |
| Application for Exemption from ) | |
| The Electronic Public Service ) | Misc. File No.: 20-mc-4025 |
| Access Fees by Kacyn Fujii ) | |

This matter is before the court upon the application and request by Kacyn Fujii for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Kacyn Fujii falls within the class of uses listed in the fee schedule as being eligible for free exemption. Additionally, Kacyn Fujii has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Kacyn Fujii shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitation apply:

1. This fee exemption applies only to the electronic case files of this court that are available through the PACER system;
2. By accepting this exemption, Kacyn Fujii agrees not to sell for profit any data obtained as a result of receiving this exemption;
3. Kacyn Fujii is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
4. This exemption is valid through December 31, 2020.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Entered: 9/29/2020

S/Sara Darrow

_____
SARA DARROW
Chief U.S. District Judge